**Order entered November 28, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00615-CR

## EX PARTE JAMES MICHAEL DRAUCKER

**On Appeal from the County Court at Law No. 1
Rockwall County, Texas
Trial Court Cause No. WR-1-22-0006**

## ORDER

Before the Court is appellant's pro se Motion to Request Discovery received by this Court on November 14, 2022. Appellant is represented by counsel, and he is not entitled to hybrid representation. *See Ex parte Bohannan*, 350 S.W.3d 166, 166 n.1 (Tex. Crim. App. 2011). Accordingly, appellant's pro se Motion to Request Discovery is **DENIED** without prejudice.

/s/    DAVID J. SCHENCK
        JUSTICE